**E-filed 4/6/06**

**McKAY, BURTON & THURMAN**
Bruce J. Boehm (Cal. Bar No. 186715)
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: bruce@mbt-law.com

Attorneys for Defendants
Harman - Chiu, Inc. and Harman Management Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>SANDRA VARGAS, ESTHER HERNANDEZ, AND MARIVEL HERNANDEZ<br><br>    Plaintiffs/Intervenors<br><br>    v.<br><br>HARMAN – CHIU, INC., d/b/a/ KFC / TACO BELL, HARMAN MANAGEMENT CORPORATION, INC., JORGE GARCIA, AND DOES 1-10 inclusive,<br><br>    Defendants. | CASE NO. C 05 3615<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION** |

    Harman – Chiu, Inc. and Harman Management Corporation ("the Defendants"), the Equal Employment Opportunity Commission ("the Plaintiff"), and Sandra Vargas, Esther Hernandez, and Marivel Hernandez ("the Plaintiffs/Intervenors"), by and through their counsel, hereby stipulate and recite the following:

    1.    The deadline for completing the mediation is currently April 4, 2006.

    2.    The Defendants believe that additional discovery is necessary before the parties proceed to mediation. Specifically, the Defendants wish to depose the Plaintiffs/Intervenors.

---
1
**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DATE OF MEDIATION**

Scheduling conflicts have prevented the Defendants from completing the necessary discovery prior to April 4, 2006.

    3.    The parties have agreed that, with the Court's approval, the date for the mediation should be extended sixty (60) days to allow for additional discovery and completion of the mediation.

    4.    This request is not sought for purposes of delay.

    5.    No previous time modifications by stipulation, or by the Court, have been made in this case.

    6.    The extension of time for mediation should have no effect on the schedule for the case.

    7.    The parties have scheduled May 3, 2006 as the new date for the mediation, and the mediator has indicated she is available that date.

IT IS THEREFORE STIPULATED that the deadline for completing mediation, should be extended sixty (60) days to allow for additional discovery and completion of the mediation, subject to the Court's approval.

DATED this ____ day of _____, 2006.

                                McKAY, BURTON & THURMAN

                                /ss/_____/
                                Bruce J. Boehm
                                Attorneys for the Defendants

DATED this ____ day of _____, 2006.

                                EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                                /ss/_____/
                                Attorneys for the Plaintiff

DATED this ____ day of _____, 2006.

---

2
**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DATE OF MEDIATION**

TALAMANTES VILLEGAS CARRERA, LLP

/ss/ _____ /
Attorneys for the Plaintiffs/Intervenors

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED this __4th__ day of __April_____, 2006.

_____
The Honorable Judge Jeremy Fogel
United States District Court for the Northern District of California

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DATE OF MEDIATION**

PROOF OF SERVICE
STATE OF UTAH              )
                           )  ss
COUNTY OF SALT LAKE        )

    I am a resident of the State of Utah, over the age of eighteen years, and not a party to the within action. My business address is McKay Burton & Thurman, 170 S. Main, Suite 800, Salt Lake City, Utah 84101. On April, 3rd, 2006 I served the within documents:

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DATE OF MEDIATION**

☐   I sent such document from facsimile machine (801) 521-4252. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (801) 521-4252 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Salt Lake City, Utah addressed as set forth below.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Salt Lake City, Utah addressed as set forth below.

☐   by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

William R. Tamayo
Jonathan T. Peck
Evangelina Fierro Hernandez
Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105

Virginia Villegas
Jennifer Reisch
TALAMANTES/VILLEGAS/CARRERA, LLP
1550 Bryan Street, Suite 725
San Francisco, CA 94103

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DATE OF MEDIATION**

Kristin W. Maloney
14 Sunrise Hill Road
Orinda, CA 94563
Tel: (925) 254-6786
Fax: (925) 253-8226

Alternative Dispute Resolution Program
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94103
Tel: 415-522-2199
Fax: 415-522-4221

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on April 3, 2006, at Salt Lake City, Utah.

                                          /ss/
                            Antoinette Gard-Moore,
                            Assistant to Mr. Boehm