1  WILLIAM R. TAMAYO – #084965 (CA)
   JONATHAN T. PECK -- #12303 (VA)
2  EVANGELINA FIERRO HERNANDEZ -- #168879 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY
3    COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California 94105
5  Telephone:    (415) 625-5622
   Facsimile:    (415) 625-5657

6
   Attorneys for Plaintiff Equal Employment Opportunity Commission       **E-filed 5/3/06**
7
   VIRGINIA VILLEGAS
8  TALAMANTES, VILLEGAS CARRERA, LLP
   1550 Bryant Street, Suite 725
9  San Francisco, CA 94103
   Telephone:    (415) 861-9600
10 Facsimile:    (415) 861-9622

11 BRUCE J. BOEHM
   McKAY, BURTON & THURMAN
12 170 South Main Street, Suite 800
   Salt Lake City, Utah 84101
13 Telephone:    (801) 521-4135
   Facsimile:    (801)521-4252

14
   Attorneys for Defendant Harman-Chiu, Inc.
15

16                      **UNITED STATES DISTRICT COURT**

17                      **NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No. CV-05-3615-JF |
| **Plaintiff,** and | [Complaint Filed: September 8, 2005] |
| **SANDRA VARGAS, ESTHER HERNANDEZ, AND MARIVEL HERNANDEZ** | **STIPULATION TO EXTEND THE TIME TO FILE THE JOINT CASE MANAGEMENT CONFERENCE STATEMENT TO MAY 5, 2006 AND P**R**OPOS**E**D ORDER** |
| **Plaintiff, Intervenors** | |
| v. | |
| **HARMAN - CHIU, INC., d/b/a/ KFC / TACO BELL, HARMAN MANAGEMENT CORPORATION, INC., JORGE GARCIA, AND DOES 1-10** | |

28

1 | Defendants

Plaintiff Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenor Sandra Vargas, Esther Hernandez, and Marivel Hernandez, and defendants Harman - Chiu, Inc., d/b/a KFC/Taco Bell ("Harman - Chiu"), Harman Management Corporation, Inc., (Harman-Management) jointly submit this stipulation to extend the time in which to file the Joint Case Management Statement from April 28, 2006 to May 5, 2006.  The Case Management Conference is set for May 12, 2006.

The EEOC, Plaintiff-Intervenors and Defendants have agree that an extension of dates is necessary for the reasons set out below.

1. No previous extensions of time to extend the time to file the Joint CMC Statement has been requested in this case.

2. The Defendants response to Plaintiff-Intervenor's Complaint is due on May 17, 2006.

3. Plaintiff-Intervenor cannot anticipate the time parameters needed to prepare its case without reviewing the Defendants Answers to their Complaints or participating in the mediation.

4. Based on the numerous declarations recently produced to the Plaintiffs, Plaintiff EEOC anticipates that it will significantly change the time parameters and the number of depositions needed to prosecute this case.

5. The parties are participating in a mediation on May 3, 2006.

6. The parties anticipated that this case may resolve itself.

7. A one week extension of time in which to file the Joint CMC Statement will not be prejudicial to the parties.

**E-filing concurrence:**   I, Evangelina Fierro Hernandez, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of Virginia Villegas, attorney for the Plaintiff Intervenors and Bruce Boehm, attorney for Defendants, for the filing of this

1  joint stipulation.

2

3

4  Dated: April 28, 2006                    EQUAL EMPLOYMENT
                                            OPPORTUNITY COMMISSION
5
                                            By_____/S/_____
6                                           EVANGELINA FIERRO HERNANDEZ
                                               Attorneys for Plaintiff
7                                              EQUAL EMPLOYMENT
                                            OPPORTUNITY COMMISSION
8

9

10 Dated: April 28, 2006                    McKAY BURTON & THURMAN

11

12                                          By_____/S/_____
                                            BRUCE J. BOEHM
13
                                            Attorneys for Defendant
14                                          Harman-Chiu

15 Dated: April 28, 2006                    TALAMANTES VILLEGAS CARRERA
                                            LLP
16

17
                                            By_____/S/_____
18                                          VIRGINIA VILLEGAS
                                            Attorneys for Plaintiff Intervenors
19

20       The Joint Case Management Statement is due on  May 5, 2006.

21       It is so ordered.

22       IT IS SO ORDERED:

23                                          _____

24 Dated: May __2___, 2006
                                            THE HONORABLE JEREMY FOGEL
25                                          Federal District Court Judge

26

27

28