1  WILLIAM R. TAMAYO – #084965 (CA)           **E-filed 9/11/06**
   JONATHAN T.  PECK -- #12303 (VA)
2  EVANGELINA FIERRO HERNANDEZ -- #168879 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY
3    COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California  94105
5  Telephone:     (415) 625-5622
   Facsimile:     (415) 625-5657
6
   Attorneys for Plaintiff Equal Employment Opportunity Commission
7
   VIRGINIA VILLEGAS
8  TALAMANTES, VILLEGAS CARRERA, LLP
   1550 Bryant Street, Suite 725
9  San Francisco, CA 94103
   Telephone:    (415) 861-9600
10 Facisimile:    (415) 861-9622

11 BRUCE J. BOEHM
   McKAY, BURTON & THURMAN
12 170 South Main Street, Suite 800
   Salt Lake City, Utah 84101
13 Telephone:    (801) 521-4135
   Facsimile:    (801)521-4252
14
   Attorneys for Defendant Harman-Chiu, Inc.
15

16                      **UNITED STATES DISTRICT COURT**

17                      **NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No.  CV-05-3615-JF |
| **Plaintiff,** | [Complaint Filed: September 8, 2005] |
| and | **STIPULATION TO EXTEND THE TIME TO FILE THE CONSENT DECREE TO SEPTEMBER 18, 2006 AND P~~ROPOS~~ED ORDER** |
| **SANDRA VARGAS, ESTHER HERNANDEZ, AND MARIVEL HERNANDEZ** | |
| **Plaintiff, Intervenors** | |
| v. | |
| **HARMAN - CHIU, INC., d/b/a/ KFC / TACO BELL, HARMAN MANAGEMENT CORPORATION, INC., JORGE GARCIA, AND DOES 1-10** | |

STIPULATION TO EXTEND THE TIME TO FILE THE CONSENT DECREE TO SEPTEMBER 18, 2006 AND
PROPOSED ORDER                                              Page 1

1 | Defendants
2 | _____

3   Plaintiff Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenor
4 Sandra Vargas, Esther Hernandez, and Marivel Hernandez, and defendants Harman - Chiu, Inc.,
5 d/b/a KFC/Taco Bell ("Harman - Chiu"), Harman Management Corporation, Inc., (Harman-
6 Management) jointly submit this stipulation to extend the time in which to file the Consent
7 Decree from September 5 to September 18, 2006.
8   The EEOC, Plaintiff-Intervenors and Defendants have agree that an extension of
9 dates is necessary for the reasons set out below.
10   1.   No previous extensions of time to extend the time to file the Consent
11        Decree has been requested in this case.
12   2.   A two week extension of time in which to file the Joint CMC Statement
13        will not be prejudicial to the parties.
14   **E-filing concurrence:**   I, Evangelina Fierro Hernandez, attorney for Plaintiff
15 EEOC, attest that I have obtained the concurrence of Virginia Villegas, attorney for the
16 Plaintiff Intervenors and Bruce Boehm, attorney for Defendants, for the filing of this
17 joint stipulation.

23 Dated: September 6, 2006              EQUAL EMPLOYMENT
                                         OPPORTUNITY COMMISSION

                                         By_____/S/_____
                                         EVANGELINA FIERRO HERNANDEZ
                                            Attorneys for Plaintiff
                                         EQUAL EMPLOYMENT
                                         OPPORTUNITY COMMISSION

STIPULATION TO EXTEND THE TIME TO FILE THE CONSENT DECREE TO SEPTEMBER 18, 2006 AND
PROPOSED ORDER                                Page 2

|  |  |
|---|---|
| 1    Dated: September 6, 2006 | McKAY BURTON & THURMAN |

By    /S/
BRUCE J. BOEHM

Attorneys for Defendant
Harman-Chiu

Dated: September 6, 2006        TALAMANTES VILLEGAS CARRERA LLP

By    /S/
VIRGINIA VILLEGAS
Attorneys for Plaintiff Intervenors

The Consent Decree is due on September 18, 2006.

It is so ordered.

IT IS SO ORDERED:

Dated: September __11__, 2006

_____
THE HONORABLE JEREMY FOGEL
Federal District Court Judge

STIPULATION TO EXTEND THE TIME TO FILE THE CONSENT DECREE TO SEPTEMBER 18, 2006 AND
PROPOSED ORDER        Page 3