VIRGINIA VILLEGAS, SBN 179062
JENNIFER A. REISCH, SBN 223671
TALAMANTES/VILLEGAS/CARRERA, LLP
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone: (415) 861-9600
Facsimile:  (415) 861-9622

Attorneys for Plaintiffs/Interveners Sandra Vargas,
Marivel Hernandez, and Esther Hernandez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>**SANDRA VARGAS, ESTHER HERNANDEZ, and MARIVEL HERNANDEZ,**<br><br>Plaintiffs/Interveners,<br><br>v.<br><br>HARMAN-CHIU, INC., d/b/a/ KFC/TACO BELL, HARMAN MANAGEMENT CORPORATION, INC., JORGE GARCIA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C 05 3615 JF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiffs/Interveners SANDRA VARGAS, ESTHER HERNANDEZ and MARIVEL HERNANDEZ, and defendants Harman-Chiu, Inc., d/b/a/ KFC/TACO BELL, Harman Management Corporation, and Jorge Garcia by their respective counsel, that all claims and parties in the Complaint in Intervention are dismissed with prejudice.

*STIPULATION FOR DISMISSAL WITH PREJUDICE*     1
Case No. C053615 JF

1  There are no other remaining issues.

2  This stipulation is based on Rules 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each

3  party agrees to bear its own attorneys' fees and costs.

TALAMANTES/VILLEGAS/CARRERA, LLP

DATED: 10/5/2006        By: _____
Jennifer A. Reisch
Attorneys for Plaintiffs/Intervenors SANDRA
VARGAS, ESTHER HERNANDEZ, and
MARIVEL HERNANDEZ

McKAY BURTON & THURMAN

DATED: 10/5/06          By: _____
BRUCE J. BOEHM
Attorneys for Defendants Harman-Chiu, Inc. d/b/a/
KFC/TACO BELL, Harman Management
Corporation, and Jorge Garcia

IT IS SO ORDERED:

DATED: 10/13/06         _____
THE HONORABLE JEREMY FOGEL
Federal District Court Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE   2
Case No. C053615 JF