\*\*E-filed 10/25/06\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>**SANDRA VARGAS, ESTHER HERNANDEZ, and MARIVEL HERNANDEZ,**<br><br>Plaintiffs/Interveners,<br><br>v.<br><br>HARMAN-CHIU, INC., d/b/a/ KFC/TACO BELL, HARMAN MANAGEMENT CORPORATION, INC., JORGE GARCIA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C 05 3615 JF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel that Harman Management Corporation and all claims against it in the above-captioned lawsuit be and hereby are dismissed with prejudice and that all claims and parties in the Complaint in Intervention be and hereby are dismissed with prejudice.

This stipulation is based on Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party agrees to bear its own attorneys' fees and costs.

*STIPULATION FOR DISMISSAL WITH PREJUDICE*     1
Case No. C053615 JF

| | |
|---|---|
| 1  On Behalf of Plaintiff Commission | On Behalf of Defendants |
| 2  Dated October 17th, 2006 | Dated October 18th, 2006 |
| 4  _____ | _____ |
|    William R. Tamayo | Bruce J. Boehm |
| 5  Regional Attorney | McKAY, BURTON & THURMAN |
|    | Attorney for Harman-Chiu, Harman |
| 6  | Management and Jorge Garcia |
| 8  _____ | |
| 9  Jonathan T. Peck | |
|    Supervisory Trial Attorney | |
| 10 | |
| 11 | On Behalf of Plaintiff-Intervenors |
| 13 _____ | _____ |
|    Evangelina Fierro-Hernandez | Virginia Villegas |
| 14 Senior Trail Attorney | TALAMANTES/VILLEGAS/ |
|    U.S. EQUAL EMPLOYMENT | CARRERA, LLP |
| 15 OPPORTUNITY COMMISSION | Attorney for Intervenors |

18  IT IS SO ORDERED

20  Dated: _____10/24/06_____

_____
Jeremy Fogel
United States District Court Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE    2
Case No. C053615 JF

| | |
|---|---|
| On Behalf of Plaintiff Commission | On Behalf of Defendants |
| Dated October _____, 2006 | Dated October _____, 2006 |

_____
William R. Tamayo
Regional Attorney

Bruce J. Boehm
McKAY, BURTON & THURMAN
Attorney for Harman-Chiu, Harman Management and Jorge Garcia

_____
Jonathan T. Peck
Supervisory Trial Attorney

On Behalf of Plaintiff-Intervenors

*/s/ Virginia Villegas*

_____
Evangelina Fierro Hernandez
Senior Trail Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Virginia Villegas
TALAMANTES/VILLEGAS/
CARRERA, LLP
Attorney for Intervenors

IT IS SO ORDERED

Dated: _____

_____
Jeremy Fogel
United States District Court Judge

*STIPULATION FOR DISMISSAL WITH PREJUDICE*   2
Case No. C053615 JF